No. 594, Misc.   IN RE FLASPHALER.   United States
Court of Appeals for the District of Columbia Circuit.
Certiorari denied.   *Homer Brooks* for petitioner.   *Solici-*

tor *General Soboloff, Assistant Attorney General Burger, Paul A. Sweeney* and *William W. Ross* filed a brief for the Judges of the United States District Court for the District of Columbia, opposing the petition.